FILED
RICHARD W. NAGEL
CLERK OF COURT

10/21/24

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WEST. DIV. DAYTON

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | CASE NO. |
| Plaintiff, | : | 3:24-mj-85 |
| v. | : | Michael J. Newman |
| **RODAS TEKLE,** | : | **INFORMATION**<br>**18 U.S.C. § 875(c)** |
| | : | |
| Defendant. | : | |
| | : | |

---

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT 1**
**[18 U.S.C. § 875(c)]**

On or about the 15th day of July, 2023, in the Southern District of Ohio, the defendant, **RODAS TEKLE,** with the intent to communicate a true threat of violence and with recklessness as to whether the communication would be viewed as a true threat of violence, knowingly and intentionally transmitted in interstate commerce a communication containing a threat to injure another person, to wit: defendant posted a Facebook video in the State of Ohio, viewable in the State of California, a threat to shoot members of the Brigade Nehamedu.

All in violation of 18 U.S.C. § 875(c).

KENNETH L. PARKER
United States Attorney

NICHOLAS DINGELDEIN
Assistant United States Attorney