IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:24-CR-85 |
| vs. | : | |
| | | Judge Michael J. Newman |
| RODAS TEKLE, | : | |
| | | **JOINT STATUS REPORT** |
| Defendant. | : | |

_____

Rodas Tekle and the United States state that they are still working toward resolving this matter, and anticipate that they will resolve the matter without a trial, however, they need additional time to finalize any agreement. . Given the impending trial date, however, the parties request that the Court continue the trial date from December 17, 2024 for an additional 35 days, or until January 21, 2025.

Mr. Tekle understands that requesting a continuance tolls the speedy trial clock pursuant to 18 U.S.C. §3161(h)(7)(A), which permits tolling of the speedy trial clock when either the defendant or the government requests a continuance, and when the ends of justice served by granting such continuance, outweigh the public's and the defendant's interests in a speedy trial.

Wherefore, the parties request a 35-day continuance of the scheduled December 17, 2024, trial date, to permit them to finalize their negotiations.

Respectfully submitted,

JOSEPH MEDICI
Federal Public Defender

KENNETH L. PARKER
United States Attorney

s/Cheryll A. Bennett
CHERYLL A. BENNETT (0063671)
Attorney for Defendant
1 South Main Street
Suite 490
Dayton, OH 45402
937-225-7687
E-mail: cheryll_bennett@fd.org

s/Nicholas Dingeldein
NICHOLAS DINGELDEIN (NY 5284674)
Assistant U.S. Attorney
Attorney for Plaintiff
200 West Second Street, Suite 600
Dayton, Ohio 45402
Office: (937) 225-2910
Email: Nicholas.Dingeldein@usdoj.gov