**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION (DAYTON)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:24-cr-00085 |
| | : | |
| Plaintiff, | : | District Judge Michael J. Newman |
| | : | Magistrate Judge Caroline H. Gentry |
| vs. | : | |
| | : | |
| RODAS TEKLE, | : | |
| | : | |
| Defendant. | : | |

---

## ORDER RELEASING DEFENDANT

---

At the hearing of this matter conducted on September 8, 2025, the Court ordered that Defendant be released from the custody of the United States. Accordingly, and for the reasons set forth on the record at that hearing, the Court hereby **ORDERS** that the United States Marshal release Defendant **on September 9, 2025**, subject to any conditions imposed by the Court.

**IT IS SO ORDERED.**


September 8, 2025                          *s/Caroline H. Gentry*
                                          Caroline H. Gentry
                                          United States Magistrate Judge