AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio ☑

United States of America
v.
Rodas Tekle

Defendant

)
)
)
)
)
)
)

Case No. 3:24-cr-00085(1)

**RECEIVED**
By CSanso at 1:59 pm, Aug 20, 2025

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Rodas Tekle ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment ❏ Superseding Indictment ❏ Information ❏ Superseding Information ❏ Complaint
❏ Probation Violation Petition ❏ Supervised Release Violation Petition ☑ Violation Notice ❏ Order of the Court

This offense is briefly described as follows:

Date: 08/20/2025

s/ Michael J. Newman
*Issuing officer's signature*

City and state: Dayton, Ohio

Hon. Michael J. Newman, U.S. District Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 8/20/2025, and the person was arrested on *(date)* 9/5/2025
at *(city and state)* Dayton, OH .

Date: 9-5-2025

*Arresting officer's signature*

Logan Evans , DUSM
*Printed name and title*