Hearing: Sentencing                                   Date: 10/15/2025

Case Caption: USA v. Rodas Tekle                      Case Number: 3:24-cr-85

Defts. Attorney: AFPD Arthur Mullins                  Pltfs Attorney: AUSA Brent Tabacchi

Pretrial Officer: Rob Trigg                           Probation Officer: Laura Hiegel


X____        Defendant appeared with Counsel in person.

X____        Counsel and Defendant, and Counsel for the Government have reviewed the PSI.

X____        No current objection to the PSI.

X____        The Court heard from Plaintiff's Counsel, Defendant's counsel, and Defendant.

X____        Interpreter Noel Abraham appeared and sworn.

X____        Defendant sentenced to  5 years Probation on Count:_1_____

X____        Credit for time served.


Conditions of Probation

    X____   Follow the rules and regulations of the Probation Department

    X____   Defendant to report to supervising agency within 72 hours of release
             from institution.

    X____   Defendant must not commit any crimes, either federal, state, or local.

    X____   Defendant must not own, possess, or traffic in any firearm or dangerous weapon.

    X____   Defendant must not possess, use, or traffic in any controlled substance.

    WAIVED  The Defendant must submit to one drug test within fifteen days of release from
             prison and at least two periodic tests thereafter, as determined by the Probation
             Officer.

    X____   The defendant shall cooperate in the collection of DNA as directed by the Probation
             Officer.


Special Conditions:

1. The defendant shall participate in a program of mental health assessment and/or
   counseling, to include anger management and domestic violence programming, as
   directed by the United States Probation Office, until such time as the defendant is
   released from such program by the probation office. The defendant will make a co-

payment for treatment services not to exceed $25 per month, which is determined by the defendant's ability to pay.

2. The defendant shall participate in a program of testing, treatment and/or medication compliance for alcohol and controlled substance abuse, as directed by the U.S. Probation Office, until such time as the defendant is released from the program by the probation office. The defendant will make a co-payment for treatment services not to exceed $25 per month, which is determined by the defendant's ability to pay.

3. The defendant shall not consume alcoholic beverages.

4. The defendant shall submit to breathalyzer testing, to include SoberLink, at the direction of the probation officer.

5. The defendant shall submit to the installation of software, and to monitor computer activities on any computer the defendant is authorized to use at the defendant's expense. The software will record any and all activities on the defendant's computer. The software will be checked on a periodic basis. The defendant has no expectations of privacy regarding computer use or information stored on the computer and shall make other users of said computer aware of the monitoring software. The defendant understands that any information gathered by said software may be used against the defendant in subsequent court actions regarding the defendant's computer use and the conditions of supervision. Furthermore, the defendant shall comply with the rules set forth in the Computer and Internet Monitoring Agreement and the Computer and Internet Acceptable Use Agreement as adopted by the Southern District of Ohio.

6. In consideration of 18 U.S.C. § 3583(d)(3), the defendant shall submit and/or surrender any media device, to which they have access and/or control, to a search based on reasonable suspicion of contraband or evidence of a violation of a condition of supervision. A media device is defined as, but not limited to, any device which is capable of accessing the internet, storing images, text, or other forms of electronic communication.

<u>Other:</u>

X_____      Fined $_0_ on Count _1_.

X_____      Defendant shall pay $_100.00_ Special Assessment/Victims Crime Fund

X_____      Special Assessment to be paid immediately.

_X____ Defendant's rights of appeal explained and understood

_X____ Neither Counsel for the Defendant nor for the Government had any procedural or

substantive objections to this Court's sentence.

COURT REPORTER:  Julie Hohenstein          Convened In Chambers 2:15 p.m.

DEPUTY CLERK: Claire McDowell          Convene in Court: 2:20 p.m. / Recess: 2:45 p.m.